*Henry Masterton, gentleman, one,* &c. v. *Everard Benjamin.*

VAN WYCK moved to stay proceedings on a bail bond, under the following circumstances :

The writ in the original suit was sued out in last *August* vacation, returnable in the *November* following. Special bail was filed on the ninth of *December* then next, but notice of it not given. On the 5th of *May*, after a *ca. ad resp.* was issued on the bail-bond returnable in the then *May* term, on which the bail in the principal suit were taken. On this, notice of bail having been filed was given, with an offer of justification, which the plaintiff, being satisfied of their

competence, waived.    On this, the defendant on the
6th of *June*, served the plaintiff with an order from
the recorder of *New-York*, to show cause before him,
why the proceedings on the bail-bond should not be
staid, and upon service, the plaintiff, without acting
upon the order, agreed to stay proceedings till the
decision of this court could be had.

*Williams*, contra, insisted the application ought to
have been made the last term, and not to the recor-
der.    There was, therefore, a *laches* not accounted
for.

*Van Wyck* in reply, cited *Cole. Ca. Prac.* 57, 8.
*Cromp.* 75. *High. on Bail,* 54, 5.

*Per Curiam.*    The case in *Coleman* is decisive.
Let all proceedings on the bail-bond, be staid on
payment of costs.